**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Southern District of New York
Case number (if known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**  PDV Insurance Company, Ltd

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

☐ Other _____. Describe identifier _____

For individual debtors:

☐ Social Security number: xxx – xx– ___ ___ ___ ___

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___

☑ Other Bermuda Registration #. Describe identifier 16066

**3. Name of foreign representative(s)**  Rachelle Frisby and John Johnston

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

**5. Nature of the foreign proceeding**

Check one:
☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 1

Debtor    PDV Insurance Company, Ltd    Case number (if known) _____
         Name

8. **Others entitled to notice**    Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**    Country where the debtor has the center of its main interests:

   Debtor's registered office:

   Canon's Court, 22 Victoria Street
   Number    Street

   PO Box HM 1624
   P.O. Box

   Hamilton, Bermuda    HM    EX
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   Individual debtor's habitual residence:

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   Address of foreign representative(s):

   Corner House, 20 Parliament Street
   Number    Street

   PO Box HM 12
   P.O. Box

   Hamilton, Bermuda    HM
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

10. **Debtor's website (URL)**    _____

11. **Type of debtor**    Check one:

   ☑ Non-individual (check one):

   ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ☐ Partnership

   ☑ Other. Specify: Limited Company

   ☐ Individual

| Debtor | PDV Insurance Company, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X /s/ _____   Rachelle Frisby as joint provisional liquidator of the debtor without personal liability
Signature of foreign representative        Printed name

Executed on  07/24/2018
            MM / DD / YYYY

X /s/ _____   John Johnston as joint provisional liquidator of the debtor without personal liability
Signature of foreign representative        Printed name

Executed on  07/24/2018
            MM / DD / YYYY

**14. Signature of attorney**

X /s/ _____   Date  7/24/2018
Signature of Attorney for foreign representative   MM / DD / YYYY

Nicholas F. Kajon
Printed name

Stevens & Lee, PC
Firm name

485 Madison Avenue
Number    Street

New York                         NY        10022
City                             State     ZIP Code

(212) 319-8500                   nfk@stevenslee.com
Contact phone                    Email address

2019693                          NY
Bar number                       State

## "ATTACHMENT TO CHAPTER 15 PETITION"

**IN RE PDV INSURANCE COMPANY, LTD. (IN PROVISIONAL LIQUIDATION)**

*Statement regarding line 8(i), persons or bodies authorized to administer foreign proceedings of the debtor*

- Rachelle Frisby (joint provisional liquidator ("**JPL**") of the debtor)
  c/o Deloitte Ltd.
  Corner House, 20 Parliament Street
  Hamilton HM 12
  Bermuda

- John Johnston (JPL of the debtor)
  c/o Deloitte Ltd.
  Corner House, 20 Parliament Street
  Hamilton HM 12
  Bermuda

Both Rachelle Frisby and john Johnston were appointed by the Supreme Court of Bermuda to act as the duly authorized foreign representatives of the debtor.

*Statement regarding line 8(ii), parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition*

- The debtor is not currently party to any litigation pending in the United States.

*Statement regarding line 8(iii), entities against whom provisional relief is being sought under §1519 of the Bankruptcy Code*

- Bankruptcy Rule 1007(a)(4) provides, in relevant part, that "a foreign representative filing a petition for recognition under chapter 15 shall file with the petition . . . unless the court orders otherwise, a list containing the names and addresses of . . . all entities against whom provisional relief is being sought under §1519 of the Code." Fed. R. Bankr. P. 1007(a)(4). The Joint Provisional Liquidators are not seeking any provisional relief, such that there is no need to disclose the identity of such entities or parties.