STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: 212-319-8500
Facsimile: 212-319-8505
Nicholas F. Kajon
Constantine D. Pourakis
Andreas D. Milliaressis

*Counsel for the Petitioners Rachelle Frisby and John Johnston,
in their capacity as the Joint Provisional Liquidators
and Proposed Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| PDV INSURANCE COMPANY, LTD.,[1] | Case No. 18-12216( ) |
| Debtor in Foreign Proceeding. | |

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO FEDERAL RULES OF BANKRUPTCY
PROCEDURE 1007(A)(4) AND 7007.1 AND LOCAL BANKRUPTCY RULE 1007-3**

Rachelle Frisby and John Johnston of Deloitte Advisory Ltd., in their capacities as the joint provisional liquidators and authorized foreign representatives (the "Petitioners") in Provisional Liquidation proceedings for PDV Insurance Company Ltd. ("Debtor") currently pending before the Supreme Court of Bermuda (the "Bermuda Court"), by and through their undersigned counsel, respectfully submit this Statement pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York.

---

[1] PDV (defined below), a foreign Debtor, is a Bermuda limited company with a registered address in Bermuda of Canon's Court, 22 Victoria Street, PO Box HM 1624, Hamilton, Bermuda HM EX.

The following entities directly or indirectly own the following percentages of Debtor's equity interests: Petroleos de Venezuela, S.A. ("PDVSA") (100%).

Dated: July 24, 2018
New York, New York

STEVENS & LEE, P.C.

By: _____
Nicholas F. Kajon
Constantine D. Pourakis
Andreas D. Milliaressis
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: 212-319-8500
Facsimile: 212-319-8505
nfk@stevenslee.com
cp@stevenslee.com
adm@stevenslee.com

*Counsel for the Petitioners Rachelle Frisby and John Johnston, in their capacity as Joint Provisional Liquidators and Proposed Foreign Representatives*