STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: 212-319-8500
Facsimile: 212-319-8505
Nicholas F. Kajon
Constantine D. Pourakis
Andreas D. Milliaressis

*Counsel for the Petitioners Rachelle Frisby and John Johnston,
in their capacity as the Joint Provisional Liquidators
and Proposed Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| PDV INSURANCE COMPANY, LTD.,1 | Case No. 18- 12216( ) |
| Debtor in Foreign Proceeding. | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that **CONSTANTINE D. POURAKIS, ESQ.** hereby appears as Counsel on behalf of Petitioners Rachelle Frisby and John Johnston, in their capacity as the Joint Provisional Liquidators and Proposed Foreign Representatives of PDV Insurance Company, Ltd. ("PDV") in the above-captioned Bankruptcy proceeding, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

---

1 PDV (defined below), a foreign Debtor, is a Bermuda limited company with a registered address in Bermuda of Canon's Court, 22 Victoria Street, PO Box HM 1624, Hamilton, Bermuda HM EX.

SL1 1533816v1 112150.00001

        STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 319-8500
Fax: (212) 319-8505
Attn: Constantine D. Pourakis
email: cp@stevenslee.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

Dated: New York, New York
      July 26, 2018

**STEVENS & LEE, P.C.**

By: */s/ Constantine D. Pourakis*
Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, New York 10022
(212) 319-8500
cp@stevenslee.com

*Counsel for the Petitioners Rachelle Frisby and John Johnston, in their capacity as the Joint Provisional Liquidators and Proposed Foreign Representatives*