**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re | ) | Chapter 15 |
| | ) | |
| PDV INSURANCE COMPANY, LTD.,[1] | ) | Case No. 18-12216 (mew) |
| | ) | |
| Debtor in Foreign Proceeding. | ) | |

**ORDER (I) SCHEDULING HEARING ON VERIFIED PETITION OF
PDV INSURANCE COMPANY, LTD., (II) SPECIFYING DEADLINE FOR
FILING OBJECTIONS, AND (III) SPECIFYING FORM AND MANNER
OF SERVICE OF NOTICE**

Upon consideration of the application (the "Application"), by Rachelle Frisby and John Johnston as the Joint Provisional Liquidators and as the authorized foreign representatives (the "Petitioners" or "JPLs") in the provisional liquidation of the Debtor pending before the Bermuda Court[2] for an *Order (I) Scheduling Hearing On Verified Petition of PDV Insurance Company, Ltd. (in Provisional Liquidation) and Motion for Recognition and Related Relief and (II) Specifying Form And Manner Of Service Of Notice*, it is hereby:

ORDERED, that the Application is granted to the extent provided herein;

ORDERED, that the form of Notice attached to the Application as Exhibit B is hereby approved;

ORDERED, that a copy of the Notice and the Chapter 15 Pleadings shall be served on each of the Notice Parties on or before August 2, 2018 by (a) United States mail, first class postage prepaid (or, if necessary or expeditious, its foreign or domestic equivalent) and (b) by email (where known to the Petitioners) at the following addresses:

---

[1] PDV (defined below), a foreign Debtor, is a Bermuda limited company with a registered address in Bermuda of Canon's Court, 22 Victoria Street, PO Box HM 1624, Hamilton, Bermuda HM EX.

[2] Capitalized terms used herein without definition have the meanings given to them in the Application.

1

| | |
|---|---|
| Office of the United States Trustee for the Southern District of New York<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | BNY Mellon<br>225 Liberty Street<br>New York, NY 10286<br><br>*Banking Institution where Debtor Accounts Believed to Be Held* |
| HSBC Bank<br>HSBC Bank USA, N.A<br>P.O. Box 2013<br>Buffalo, NY, 14240<br>*Banking Institution where Debtor Accounts Believed to Be Held* | PDVSA Petroleo, S.A.<br>Av. Libertador La Campiña 169<br>Ed. Petróleos de Venezuela<br>Torre Este<br>Caracas, 1010-A Venezuela<br>*Affiliated Company* |
| CITGO Petroleum Corporation<br><br>**Via FEDEX**<br>Attn: Legal Department<br>1293 Eldridge Parkway<br>Houston, Texas 77077-1670<br><br>**Via First Class Mail**<br>Attn: Legal Department<br>P.O. Box 4689<br>Houston, TX 77210-4689<br><br>Kevin Taylor of Taylors in Association with Walkers<br>Park Place<br>55 Par-La-Ville Rd,<br>Third Floor<br>Hamilton HM 11, Bermuda<br><br>*Affiliated Company/Interested Party* | Swiss Reinsurance Company<br>Attn: LEGAL DEPARTMENT<br>175 King Street<br>Armonk, New York 10504<br><br>*Insurer/Interested Party* |
| Oil Casualty Insurance, Ltd<br>**Via FEDEX**<br>Attn: LEGAL DEPARTMENT<br>3 Bermudiana Road<br>Hamilton HM08<br>Bermuda<br><br>**Via First Class Mail**<br>Attn: LEGAL DEPARTMENT<br>P.O. Box HM 1751<br>Hamilton HMGX<br>Bermuda | PDVSA Gas, S.A.<br>Avenida Libertador Torre La Campina<br>Caracas, 1060 Venezuela<br>*Affiliated Company* |

| | |
|---|---|
| **Via E-mail inquiry@ocil.bm** <br> *Insurer/Interested Party* | |
| Corporacion Electrica Nacional, S.A. (Corpoelec) <br> Av. La Estancia, Edificio Las Mercedes <br> Piso Ph 1 <br> Urbanización Chuao <br> Caracas, Venezuela <br> *Potential Claim Holder/Interested Party* | Petrosucre, S.A. <br> Centro Comercial M.T.Piso 2 <br> Av.Intercomunal Jorge Rodriguez Barcelona <br> Maracaibo, 6010 Venezuela <br> *Potential Claim Holder/Interested Party* |
| Refineria Isla (Curazao), S.A. <br> Subsidiary of Petróleos de Venezuela S.A. <br> P.O. Box 3843 <br> Emmastad <br> Curaçao <br> *Potential Claim Holder/Interested Party* | Petrolera Sinovensa, S.A. <br> Av Jorge RodriGuez <br> (Antigua Intercomunal) <br> Torre Bvc Piso 8 <br> Barcelona, 6016 Venezuela <br> *Potential Claim Holder/Interested Party* |
| Bariven, S.A. <br> Edificio Centro <br> Empresarial Parque del Este <br> Avenida Francisco de Miranda <br> La Carlota Apartado 893 <br> Caracas, 1010-A Venezuela <br> *Potential Claim Holder/Interested Party* | Petroleos de Venezuela, S.A. (PDVSA) <br> Av. Libertador La Campina 169, <br> Ed. Petroleos de Venezuela, <br> Torre Este, Caracas <br> Distrito Federal, Venezuela <br><br> Ian Fox of Dentons London <br> One Fleet Place <br> London <br> EC4M 7WS <br> United Kingdom <br><br> John Watsy <br> Appleby <br> Canon's Court, <br> 22 Victoria Street <br> PO Box HM 1179, <br> Hamilton HM EX <br> *Parent Company and Corporate Counsel* |
| R&Q Quest Bermuda <br> Nicholas Frost <br> F. B. Perry Building <br> 40 Church Street <br> PO Box HM2062 <br> Hamilton HM HX <br> Bermuda <br> *Potential Claim Holder/Interested Party* | Novo Banco <br> Avenida da Liberdade, 195 <br> 1250-142 Lisboa <br> *Banking Institution where Debtor Accounts Believed to Be Held* |
| Citibank N.A. <br> c/o Legal Service Intake Unit <br> 701 E. 60th Street North | Tracey Jordal, Esq. <br> Pacific Investment Management Company LLC |

| | |
|---|---|
| Mail Code 1251<br>Sioux Falls, SD 57117<br>*Banking Institution where Debtor Accounts Believed to Be Held* | 1633 Broadway<br>New York, NY 10019<br>*Financial Institution where Debtor Accounts Believed to Be Held* |
| Fractal Fund Management, Ltd.<br>c/o Fractal Advisors, LLC<br>3363 N.E. 163rd Street<br>North Miami Beach, FL 33160<br>BY EMAIL: Marisol@FractalAdvisors.com<br>*Financial Institution where Debtor Accounts Believed to Be Held* | Fractal Fund Management, Ltd.<br>c/o Fractal Advisors, LLC<br>1250 E. Hallandale Beach Blvd.<br>Hallandale, FL 3300<br>*Financial Institution where Debtor Accounts Believed to Be Held* |
| Fractal Fund Management, Ltd.<br>c/o Fractal Advisors, LLC<br>3020 Canal Road<br>Miramar, FL 33025<br>*Financial Institution where Debtor Accounts Believed to Be Held* | William Connolly, Sr. Litigation Counsel<br>State Street Bank and Trust Company<br>One Lincoln Center<br>Boston, MA 02111<br>*Banking Institution where Debtor Accounts Believed to Be Held* |

ORDERED, that a copy of the Notice and the Chapter 15 Pleadings shall also be served by (a) United States mail, first class postage prepaid (or, if necessary or expeditious, its foreign or domestic equivalent) and (b) by email (where known to the Petitioners) on all known parties to litigation pending in the United States in which the Debtor was a party at the time of the filing of the Petition, to the extent that these parties are not already served pursuant to the foregoing list;

ORDERED, that the Recognition Hearing shall be held before this Court in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **August 30, 2018, at 10:00 a.m. (Eastern Time)**;

ORDERED, that responses or objections, if any, to the Verified Petition shall be made in writing and shall set forth the basis thereof, and such responses or objections must be: (i) filed with this Court on or before **August 23, 2018 (the "Objection Deadline")**, (ii) delivered to the Chambers of the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New

4

York 10004, and (iii) served upon the Petitioners' counsel at Stevens & Lee, P.C., 485 Madison Avenue, 20th Floor, New York, New York 10022 (Attention:  Nicholas F. Kajon and Constantine D. Pourakis) and each of the Notice Parties at the addresses set forth above, so as to be received by the Objection Deadline;

ORDERED, the Petitioners may file a reply in support of the Verified Petition by **August 28, 2018**;

ORDERED, that the notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in this Chapter 15 Case;

ORDERED, that the filing requirements set forth in Rule 1007(b) of the Bankruptcy Code are inapplicable in this Chapter 15 Case;

ORDERED, that notice in accordance with this Order shall constitute sufficient notice of the Verified Petition and the Recognition Hearing in compliance with the Bankruptcy Rules and the Local Rules.

Dated:   July 26, 2018
         New York, New York

                                      **s/Michael E. Wiles**
                                      UNITED STATES BANKRUPTCY JUDGE