UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re | : | Chapter 15 |
| | : | |
| PDV INSURANCE COMPANY, LTD., | : | Case No. 18-12216 (MEW) |
| | : | |
| Debtor in Foreign Proceeding. | : | |
| | : | |

ORDER AUTHORIZING JOINT PROVISIONAL LIQUIDATORS TO ISSUE
SUBPOENAS DIRECTING EXAMINATION AND PRODUCTION OF DOCUMENTS

Upon the application (the "Application") of Rachelle Frisby and John Johnston of Deloitte Ltd., in their capacities as the joint provisional liquidators and authorized foreign representatives ("JPLs") for PDV Insurance Company Ltd. ("Debtor"), by their counsel, Stevens & Lee, P.C., for an order, pursuant to 11 U.S.C. § 1521(a)(4) and Federal Rules of Bankruptcy Procedure 2004 ("Rule 2004") and 9016, authorizing the JPLs to issue a subpoena directing the production of documents by CITGO Petroleum Company ("CITGO"), without prejudice to the right of CITGO to object; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and sufficient notice having been provided; and CITGO having filed opposition to the Application, and the JPLs having filed a reply; and after due deliberation and sufficient cause appearing therefor

    IT IS HEREBY ORDERED THAT:

1. The relief requested in the Application is GRANTED to the extent set forth herein.

2. The JPLs, through their counsel, are authorized to issue a subpoena to CITGO to produce documents in response to the request attached to the subpoena as Exhibit A (the "Document Request") without prejudice to the right of CITGO to object in accordance with the applicable rules.

3. If CITGO believes that it cannot comply with the subpoena, it may assert such objection,

*provided however*, that to the extent that CITGO believes that it needs governmental approval to comply with such subpoena, it shall exercise reasonably diligent efforts to obtain such approval.

4. To the extent necessary, the JPLs' rights are reserved to request additional examinations or documents under 11 U.S.C. § 1521(a)(4) and Federal Rule of Bankruptcy Procedure 2004 based on any information that may be revealed as a result of the discovery obtained pursuant to this Order.

5. This Order shall be served upon (i) CITGO; (ii) the Office of the United States Trustee; and (iii) all parties set forth in the Court's Order (I) Scheduling Hearing on Verified Petition of PDV Insurance Company, Ltd., (II) Specifying Deadline for Filing Objections and (III) Specifying Form and Manner of Service of Notice, dated July 26, 2018.

6. This Court retains jurisdiction to resolve all matters arising under or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

Dated: New York, New York
June 27, 2019

**s/Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE
