UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Vito Genna
CLERK OF COURT
TELEPHONE: (212) 668-2870

May 4, 2020

Nicholas F. Kajon
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

Re: 18-12216-mew PDV Insurance Company, Ltd.

Dear Mr. Kajon,

In reference to the above case, please provide a status report and file the document(s) on-line within ten (10) days from the receipt of this letter. Your prompt attention to this matter will enable us to expeditious the closing of this case. We appreciate your cooperation.

Sincerely,
Vito Genna,
 Clerk of Court

By: /s/ Amanda L. Ho
Deputy Clerk