# Stevens & Lee

485 Madison Avenue, 20th Floor
New York, NY 10022
(212) 319-8500
www.stevenslee.com

T: (212) 537-0403
F: (610) 371-1223
nicholas.kajon@stevenslee.com

March 8, 2022

**BY ECF**

Honorable Michael E. Wiles
United States Bankruptcy Judge
U.S. Bankruptcy Court - SDNY
One Bowling Green
New York, NY 10004-1408

Re: **PDV Insurance Company Ltd., Case No. 18-12216 (MEW)**

Dear Judge Wiles:

My firm represents Rachelle Frisby and John Johnston of Deloitte Ltd. in their capacities as the joint provisional liquidators and authorized foreign representatives ("JPLs") for PDV Insurance Company Ltd. ("Debtor"), in liquidation currently pending before the Supreme Court of Bermuda ("Bermuda Court"). On October 18, 2021, the Office of Foreign Assets Control (OFAC) renewed the Debtor's license through October 31, 2022, authorizing the JPLs to engage in all activities and transactions necessary for the complete and orderly wind-down of the Debtor, including activities and transactions between the JPLs and all U.S. Persons (License No. VENEZUELA – EO13850-2019-359381-8). Per the Court's request, I write to provide a status report on the above-referenced Chapter 15 proceeding and ask that the case remain open and active to allow the JPLs to continue perform their duties as fiduciaries of the Debtor's estate.

On May 5, 2020, the JPLs provided the Court a status report concerning the JPLs' efforts to obtain Bankruptcy Rule 2004 discovery from CITGO Petroleum Company ("CITGO") [Docket No. 24].[1] The JPLs continue to engage with CITGO in attempting to resolve various issues in relation to a number of insurance claim events. As a result, there may be the need for further subpoenas of third parties, for which the JPLs will require the authority of this Court.

Second, the Debtor holds Venezuelan-issued Government Bonds which are in default. The JPLs understand that other holders of these bonds have sought and have been awarded judgment in the United States District Court for the Southern District of New York for the

---

[1] A copy of the May 5, 2020 letter is attached.

Allentown • Bergen County • Bala Cynwyd • Cleveland • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PROFESSIONAL CORPORATION

Stevens & Lee

March 8, 2022
Page 2

principal and interest owing on said bonds. The JPLs are currently considering the merits of doing the same for the benefit of the Debtor's estate.

Last, the JPLs have had difficulties in recovering certain documents to which the Debtor is entitled, and efforts to obtain these records are ongoing. Some of the parties in possession of said records – comprised of intermediatory insurers and loss adjustors - are based in Florida and Texas. As a result, the JPLs will likely seek Rule 2004 authority from this Court to issue subpoenas for the production of documents.

In sum, the JPLs' efforts to collect assets are ongoing, and there is a strong likelihood that further relief will be needed from this Court for the JPLs to continue their collection efforts. As such, this Chapter 15 case must remain active to allow the JPLs to continue, and complete, their efforts to maximize a return to the Debtor's creditors both in Bermuda and in the United States. The JPLs will make themselves available to answer any additional questions the Court may have. Thank you.

Respectfully submitted,

STEVENS & LEE, P.C.
By: */s/ Nicholas F. Kajon*
     Nicholas F. Kajon

NFK:cp

Enclosure