UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | : | |
|---|---|---|
| In re: | : | Chapter 15 |
| | : | |
| PDV INSURANCE COMPANY, LTD., | : | Case No. 18-12216 (MEW) |
| | : | |
| Debtor in Foreign Proceeding. | : | |
| | : | |

---

ORDER DIRECTING FILING OF PERIODIC STATUS REPORTS

On March 12, 2024, the Court held a status conference in this Chapter 15 case that has been pending since 2018. At the conference, the counsel for the Joint Provisional Liquidators set forth the reasons why, in his opinion, this case needs to remain open. At the conclusion of the hearing, the Court agreed to allow the case to remain open but required the filing of periodic reports that identify what is happening regarding this case in the United States, and why the chapter 15 case should remain open. Based upon the foregoing, it is hereby

ORDERED, that the Joint Provisional Liquidators file status reports in this regard every six months, commencing on September 16, 2024.

DATED: New York, New York
         March 18, 2024

                                                                     <u>s/Michael E. Wiles</u>
                                                                     UNITED STATES BANKRUPTCY JUDGE