**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 15 |
| | ) | |
| PDV INSURANCE COMPANY, LTD.,[1] | ) | Case No. 18-12216 (MEW) |
| | ) | |
| Debtor in Foreign Proceeding. | ) | |
| | ) | |
| | ) | |

## FOURTH STATUS REPORT

John Johnston and Marcin Czarnocki (together the "JPLs") of Deloitte Financial Advisory Ltd. in Bermuda, are appointed as the Joint Provisional Liquidators and authorized foreign representatives for PDV Insurance Company, Ltd. ("PDVIC" or "Debtor") in liquidation proceedings currently before the Supreme Court of Bermuda (the "Bermuda Court").

The JPLs respectfully submit the Fourth Status Report (the "Fourth Report") pursuant to the March 18, 2024 *Order Directing Filing of Periodic Status Reports* [ECF No. 29].

### I.     OFAC License

1. As stated in the previous reports, the JPLs obtained an OFAC (Office of Foreign Assets Control) license valid until November 30, 2025.

2. The OFAC license authorizes the JPLs to engage in all activities and transactions necessary for the complete and orderly wind-down of the Debtor, including activities and transactions between the JPLs and all persons and entities located in the United States.

3. In September and October 2025, the JPLs, with the assistance of their sanctions counsel, prepared a renewal application to renew/extend their OFAC license.

---

[1] PDVIC, a foreign Debtor, is a Bermuda limited company with a registered address in Bermuda c/o Deloitte Financial Advisory Ltd., Corner House, 20 Parliament Street, Hamilton, HM 12, Bermuda.

1

09/15/2025 SL1 3778765v1 112150.000013/4/2026 SL1 4025451v1 112150.00001

4. During the course of the liquidation the JPLs have renewed their license ten times (with the most recent license being their eleventh license).

5. Unfortunately, due to the 2025federal government shutdown, the JPLs had to wait until November 13, 2025 (the first date the OFAC submission portal re-opened after the shutdown) to formally submit their renewal application. The JPLs understand that as a result of the shutdown, OFAC is dealing with a significant "back-log" of applications.

6. To date the JPLs do not have a current OFAC license and eagerly await a response to their renewal application.

7. In accordance with advice provided by their sanctions counsel, and pursuant to their own risk procedures, the JPLs have not entered into negotiations or transactions with external parties. Matters in the liquidation have been held in abeyance pending the JPLs receiving a renewed OFAC license.

## II.    Venezuela Bond Litigation

8. As referenced in the last report, PDVIC is the beneficial owner of two Republic of Venezuela Bonds ("Venezuela Bonds") with a nominal combined value of $65,799,000 plus unpaid interest.

9. Both bonds remain in default.

10. As referenced in the last report, in October 2023, the JPLs commenced litigation in the United States District Court for the Southern District of New York against Venezuela in order to recover on the defaulted bonds and preserve claims in connection with same ("Bond Action"). In addition, the JPLs have been working with a United States-based distressed sale specialist to prepare the Venezuela Bonds for market and sale. It is likely that selling the bonds with the attached litigation claims will result in a better realization for the benefit of the liquidation estate.

09/15/2025 SL1 3778765v1 112150.000013/4/2026 SL1 4025451v1 112150.00001

11. The JPLs will continue to pursue recovery action pending receipt of a renewed OFAC license.

### III.    Recovery of Re-Insurance Receivables

12. Prior to the expiry of the JPLs' latest OFAC license, the JPLs continued to review and pursue re-insurance receivables.

13. The JPLs were in contact with the retrocessionaires and their counsel regarding a claim relating to an explosion at a refinery in Amuay, Venezuela in 2012. The claim is estimated by PDVSA to be in excess of $1 billion.

14. The JPLs will continue to pursue recovery action pending receipt of a renewed OFAC license.

### IV.    Recovery of Cash Balances and Mutual Funds Held with U.S. Financial Institutions

15. On November 26, 2025, prior to the expiry of the JPLs' latest OFAC license, the JPLs recovered the sum of $3,157.15 from The Bank of New York Mellon ("BNY Mellon").

### V.    Discussions with Major Creditors and Stakeholders

16. Prior to the expiry of the JPLs' latest OFAC license, the JPLs were in ongoing correspondence with the PDVSA Ad-Hoc Board and the Consejo de Administración y Protección de Activos ("CAPA"), via their United States and Bermuda counsel, to assess the liquidation's future concerning reinsurance receivables and ongoing matters related to bond sales and litigation. Both parties represent major creditors in the liquidation.

17.  Despite some delay, on September 11, 2025, the JPLs received a proposal which is under consideration.

09/15/2025 SL1 3778765v1 112150.000013/4/2026 SL1 4025451v1 112150.00001

18. The JPLs will continue to pursue recovery action pending receipt of a renewed OFAC license.

### VI.　Next Steps

19. The JPLs still have a number of assets to collect and matters to progress in the liquidation.

20. The JPLs await their renewed OFAC license so that they can resume matters.

21. As such, the JPLs respectfully request that this Chapter 15 case remain active to allow the JPLs to continue, and complete, their efforts to maximize a return to the Debtor's creditors both in Bermuda and in the United States.

Dated: March 4, 2026

STEVENS & LEE, P.C.

By:    */s/ Constantine D. Pourakis*
　　　　Nicholas F. Kajon
　　　　Constantine D. Pourakis
　　　　485 Madison Avenue, 20th Floor
　　　　New York, New York 10022
　　　　Telephone:  212-319-8500
　　　　Facsimile:  212-319-8505
　　　　nicholas.kajon@stevenslee.com
　　　　constantine.pourakis@stevenslee.com

*Counsel for John Johnston and Marcin Czarnocki, as Joint Provisional Liquidators and Authorized Foreign Representatives*

09/15/2025 SL1 3778765v1 112150.000013/4/2026 SL1 4025451v1 112150.00001