**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| PDV INSURANCE COMPANY LTD.,[1] | ) | Case No. 18-12216 (MEW) |
| Debtor in Foreign Proceeding. | ) | |

**ORDER AMENDING RECOGNITION ORDER PURSUANT TO 11 U.S.C. § 1522(c) TO (I) RECOGNIZE MARCIN CZARNOCKI AND RYAN JARVIS AS JOINT PROVISIONAL LIQUIDATORS AND AUTHORIZED FOREIGN REPRESENTATIVES OF THE DEBTOR, AND (II) REMOVE JOHN JOHNSTON AND EDWARD WILLMOTT AS AUTHORIZED FOREIGN REPRESENTATIVES OF THE DEBTOR**

Upon consideration of the *Application for Order To Amend Recognition Order Pursuant to 11 U.S.C. § 1522(c) to (i) Recognize Marcin Czarnocki and Ryan Jarvis as Joint Provisional Liquidators and Authorized Foreign Representatives of the Debtor, And (ii) Remove John Johnston and Edward Willmott as Authorized Foreign Representatives of the Debtor* dated September 3, 2026 (the "Application")[2] for PDV Insurance Company Ltd. ("Debtor" or "PDVIC"), in liquidation proceedings currently pending before the Supreme Court of Bermuda Companies (Winding Up) Commercial Court, 2018: No. 159, seeking entry of an Order amending the Recognition Order to: (i) recognize Marcin Czarnocki and Ryan Jarvis of Deloitte Financial Advisory Ltd. as Joint Provisional Liquidators and authorized foreign representatives of the Debtor; and (ii) remove John Johnston and Edward Willmott as the Debtor's authorized foreign representatives, and substituting Marcin Czarnocki and Ryan Jarvis as the new authorized foreign representatives within the meaning of section 101(24) of the Bankruptcy Code; and the Court

[1] PDV Insurance Company Ltd., a foreign Debtor, is a Bermuda limited company with a registered address in Bermuda of Corner House, 20 Parliament Street, Hamilton, HM 12, Bermuda.

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Application.

having reviewed the Application; and the Court having determined that the relief granted herein is appropriate under the circumstances; and good and sufficient cause having been shown,

**IT IS HEREBY ORDERED THAT**:

1. The Application is **GRANTED**.

2. The Recognition Order dated August 30, 2018 [ECF No. 11], as amended by the order dated February 21, 2024 [ECF No. 27], is hereby amended to remove John Johnston and Edward Willmott as the authorized foreign representatives of the Debtor.

3. The Recognition Order dated August 30, 2018 [ECF No. 11], as amended by the order dated February 21, 2024 [ECF No. 27], is hereby amended to recognize Marcin Czarnocki and Ryan Jarvis of Deloitte Financial Advisory Ltd. as the Joint Provisional Liquidators and authorized foreign representatives of the Debtor.

4. Marcin Czarnocki and Ryan Jarvis shall be deemed to be substituted for John Johnston and Edward Willmott pursuant to Federal Rule of Civil Procedure 25(c) (as made applicable pursuant to Bankruptcy Rules 7025 and 9017) in all contested matters that are pending as of the date hereof.

5. This Court shall retain jurisdiction with respect to the enforcement, amendment or modification of this Order.

Dated: New York, New York
September 18, 2026

/s/ **Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE